IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PATRICIA TATE,                          )
                                        )
            Plaintiff,                  )
                                        )
     v.                                 )    No.  06 C 4620
                                        )
COOK COUNTY SHERIFF'S MERIT BOARD,      )
et al.,                                 )
                                        )
            Defendants.                 )

## MEMORANDUM ORDER

Cook County Sheriff's Merit Board has filed its Answer to the First Amended Complaint ("FAC") filed against it and the Cook County Sheriff's Office by Patricia Tate, asserting a claim under the Americans with Disabilities Act.  This memorandum order is issued sua sponte to correct a fundamental pleading error in that Answer.

Fed. R. Civ. P. ("Rule") 8(b)'s second sentence sets out an unambiguous and readily-complied-with formulation for any defendant that seeks to get the benefit of a deemed denial of a plaintiff's allegations--see App. ¶1 to <u>State Farm Mut. Auto. Ins. Co. v. Riley</u>, 199 F.R.D. 276, 278 (N.D. Ill. 2001).  Yet defense counsel here has inexplicably failed to conform to that requirement in Answer ¶¶8, 10-13, 16, 19, 20, 24, 26, 31-39, 43 and 65, diluting the plain requirements of that Rule 8(b) disclaimer.

All of those paragraphs of the Answer are accordingly stricken.  Unless they are supplanted by an amendment to the

Answer that sets out proper disclaimers (advanced in the objective good faith required by Rule 11(b)) on or before December 18, 2006, all of the corresponding allegations of the FAC will be deemed to have been admitted.

```
                          _____
                          Milton I. Shadur
                          Senior United States District Judge
```

Date: December 8, 2006